MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5061
Fax: (408) 535-5066
E-Mail: Susan.Knight@usdoj.gov

Attorneys for the United States of America

**FILED**

SEP 1 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARLOS ZUNIGA, )<br>)<br>Defendant. )<br>_____ ) | No. CR 11-00544 HRL<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER EXCLUDING TIME UNDER THE<br>SPEEDY TRIAL ACT |

The parties hereby request that the Court exclude time under the Speedy Trial Act in the above captioned case pursuant to 18 U.S.C. § 3161(h)(2) from September 8, 2011 to November 3, 2011. The parties agree that pretrial diversion is an appropriate disposition in this matter, and the defendant has been referred to Pretrial Services for an intake evaluation. Pretrial Services will evaluate the defendant and contact the parties if they accept him into a diversion program. Accordingly, the parties request an exclusion of time in order to allow Pretrial Services to

//

//

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
CR 11-00544 HRL

conduct their investigation. If the defendant is accepted, the Government will immediately notify the Court to vacate the hearing date on November 3, 2011.

SO STIPULATED.

                                     MELINDA HAAG
                                     United States Attorney

DATED: 9/9/11                               /s/
                                     SUSAN KNIGHT
                                     Assistant United States Attorney

DATED: 9/9/11                               /s/
                                     VARELL FULLER
                                     Assistant Federal Public Defender

## ORDER

Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2) from September 8, 2011 to November 3, 2011 in order for the defendant to be evaluated by Pretrial Services for participation in a diversion program.

DATED: 9/12/11

                                     HOWARD R. LLOYD
                                     United States Magistrate Judge