1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CABN 209013)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, CA 95113
      Telephone: (408) 535-5061
7     Fax: (408) 535-5066
      E-Mail: Susan.Knight@usdoj.gov
8
9  Attorneys for the United States of America

FILED

APR 2 4 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | No. CR 11-00544 HRL |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER VACATING HEARING DATE |
| CARLOS ZUNIGA, | |
| Defendant. | |

The parties hereby request that the Court vacate the status hearing in the above-captioned case on May 1, 2012 at 1:30 p.m. The defendant has been participating in a pretrial diversion program for the past six months. According to Pretrial Services Officer Gelareh Farahmand, the defendant has completed his community service and has complied with the requirements of the program. Officer Farahmand expects that the defendant will successfully complete the program on May 2, 2012, and the government will then dismiss the charges. Accordingly, the parties request that the status hearing on May 1, 2012 be vacated. The government will submit a proposed order dismissing the charges.

//

STIPULATION AND [PROPOSED] ORDER TO VACATE HEARING DATE
CR 11-00544 HRL

SO STIPULATED.

MELINDA HAAG
United States Attorney

DATED: 4/23/12

/s/
SUSAN KNIGHT
Assistant United States Attorney

DATED: 4/23/12

/s/
VARELL FULLER
Assistant Federal Public Defender

## ORDER

Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the status hearing in *United States v. Carlos Zuniga* scheduled for May 1, 2012 at 1:30 p.m., is vacated.

DATED: 4/24/12

HOWARD R. LLOYD
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO VACATE HEARING DATE
CR 11-00544 HRL