RECEIVED

APR 3 0 2012

FILED

MAY - 1 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00544 HRL |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF DISMISSAL |
| CARLOS ZUNIGA, | ) | |
| Defendant. | ) | SAN JOSE VENUE |
| _____ | ) | |

On November 3, 2011, the defendant was placed on a pretrial diversion program relating to a misdemeanor information charging him with misdemeanor criminal copyright infringement, in violation of 17 U.S.C. § 506(a) and 18 U.S.C. § 2319(b)(3). Pretrial Services Officer Gelareh Farahmand has informed the government that the defendant has successfully completed a pretrial diversion program. Accordingly, with leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information with prejudice.

DATED:                    Respectfully submitted,

MELINDA HAAG
United States Attorney

MATTHEW A. PARRELLA
Chief, CHIP Unit

ORDER

Leave of Court is granted to the government to dismiss the above-captioned information, *United States v. Carlos Zuniga*, for the reasons set forth in the Government's Notice of Dismissal.

Date: 5/1/12

_____
HOWARD R. LLOYD
United States Magistrate Judge